1  KHPark.MUS

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM

FEB 23 2006

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00083 |
| Plaintiff, ) | |
| vs. ) | MOTION TO UNSEAL CASE |
| KWANG HO PARK, ) JI SUNG SHIN, ) TAE WON HONG, ) YOUNG CHUL YOON, and ) DONG KYU YU, ) | |
| Defendants. ) | |

COMES NOW the United States of America, and hereby moves this Honorable Court for an order unsealing the above-entitled case. One of the defendants, Ji Sung Shin, has been arrested. His trial is set for May 9, 2006, at 9:00 a.m. Another defendant, Kwang Ho Park, has pled guilty and is scheduled to be sentenced. The government believes that the investigations

\\
\\
\\
\\

-1-

conducted while this matter was sealed have been completed, and there is no further benefit to be gained by keeping this indictment secret.

Respectfully submitted this 23rd day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney