```
taehongetaldismiss
```

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334



**FILED**
DISTRICT COURT OF GUAM

FEB 1 9 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 01-00083 |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS INDICTMENT** |
| KWANG HO PARK, JI SUNG SHIN, TAE WON HONG, YOUNG CHUL YOON, and DONG KYU YU, | |
| Defendants. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendants, TAE WON HONG, YOUNG CHUL YOON and DONG KYU YU, be dismissed without prejudice, in the interest of justice.

Respectfully submitted this 19th day of February 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney