```
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam  96910
PHONE:  472-7332
FAX:  472-7334

Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>KWANG HO PARK,<br>JI SUNG SHIN,<br>TAE WON HONG,<br>YOUNG CHUL YOON, and<br>DONG KYU YU,<br><br>              Defendants. | CRIMINAL CASE NO. 01-00083<br><br>**ORDER TO DISMISS INDICTMENT** |

The United States' Motion to Dismiss the Indictment as to defendants, TAE WON HONG, YOUNG CHUL YOON, and DONG KYU YU, is hereby granted.

SO ORDERED.

                                          **/s/ Frances M. Tydingco-Gatewood**
                                               **Chief Judge**
                                           **Dated: Mar 24, 2008**